**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AMELIA TERESA PAZ | 1:23-cv-02565-CKK |
| DEFENDANT | TYPE OF PROCESS |
| CROSS RIVER BANK et al | Complaint & Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CROSS RIVER BANK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 Kelby St. 14th Floor Fort Lee, New Jersey 07024

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AMELIA TERESA PAZ
680 Rhode Island Avenue, NE
#465
Washington, DC 2000

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Ro'Shaila Williams*
TELEPHONE NUMBER: (202) 354-3120
DATE: 10/23/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 10/24/23

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
WILLIAM ROBBINS
Date: 11/8/23
Time: 16:23 ☒ pm

Address (complete only different than shown above):
400 KELBY ST, FORT LEE, NJ 07024

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

WAS EXECUTED PAPERWORK HANDED TO WILLIAM ROBBINS; CHIEF SECURITY OFFICER CROSS RIVER BANK

RECEIVED
NOV 14 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

Process: 016 1:2023-cv-02565-1

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02565-CKK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cross River Bank
was received by me on *(date)* 10/24/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* William Robbins , who is
designated by law to accept service of process on behalf of *(name of organization)* Cross River
Bank on *(date)* 11/8/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/8/2023

_____
Server's signature

Daley Boernstein , DUSM
Printed name and title

50 Walnut Street, Newark, NJ 07102
Server's address

Additional information regarding attempted service, etc:

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| AMELIA TERESA PAZ )<br>_____<br>*Plaintiff* )<br>v. )<br>CROSS RIVER BANK et al )<br>_____<br>*Defendant* ) | Civil Action No. 1:23-cv-02565-CKK<br><br>**WITHOUT PREPAYMENT OF COSTS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CROSS RIVER BANK
400 Kelby St.
14th Floor
Fort Lee, New Jersey 07024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AMELIA TERESA PAZ
680 Rhode Island Avenue, NE
#465
Washington, DC 2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  10/23/2023

/s/ Ro'Shaila Williams
*Signature of Clerk or Deputy Clerk*